IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-2546-WYD-OES

CHENILLE FLOWERS; and
JOSE FLOWERS, individually and as parents and next friends of
FABIAN FLOWERS, a minor,

    Plaintiff(s),

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a PENROSE COMMUNITY HOSPITAL;
DAVID STARK, M.D.; and
ANDREW CATRON, M.D.,

    Defendant(s).
_____

**ORDER**
_____

    THIS MATTER is before the court on the parties Stipulation for Dismissal With Prejudice of Defendants Catholic Health Initiatives Colorado, d/b/a Penrose Community Hospital, David Stark, M.D. and Andrew Catron, M.D., filed December 19, 2005.  The parties seek dismissal of this case with prejudice in accordance with Fed.R.Civ.P. 41(a).  After consideration of the Stipulation and the file herein, the Court finds that this case should be dismissed with prejudice.  Therefore, it is hereby

    ORDERED that the Stipulation for Dismissal With Prejudice of Defendants Catholic Health Initiatives Colorado, d/b/a Penrose Community Hospital, David Stark, M.D. and Andrew Catron, M.D., filed December 19, 2005, is **GRANTED**.  It is

    FURTHER ORDERED that the claims and causes of action asserted in this

matter are **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.  It is

FURTHER ORDERED that the Stipulation filed December 19, 2005, is adopted and shall be made an Order of the Court.

Dated:  December 20, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge